# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY RODRIGUEZ,<br><br>    Defendant. | 1:17-cr-00116 LJO SKO<br><br>**ORDER RECALLING ORDER SETTING CONDITIONS OF RELEASE** |

Pursuant to the request of defense counsel, Michael Berdinella, Esq., the Court hereby RECALLS the Order Setting Conditions of Release as to ROY RODRIGUEZ, signed on June 2, 2017 (Doc. 17).

IT IS SO ORDERED.

Dated: **June 2, 2017**               /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

1