MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Roy Rodriguez

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROY RODRIGUEZ,<br><br>　　　　　Defendant. | Case No.: 1:17-cr-00116 LJO SKO<br><br>**STIPULATION AND ORDER FOR DELIVERY OF CONTROLLED SUBSTANCES TO CENTRAL VALLEY TOXICOLOGY FOR FURTHER ANALYSIS** |

　　　　IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Assistant U.S. Attorney and Michael W. Berdinella, attorney for the defendant, Roy Rodriguez, that the Government produce a representative sample of the following Item(s), to-wit:

Item #5:　　　"Purple liquid substance unknown kind inside of a one gallon water container

Item #01-04:　"230 loose pills yellow/blue"

as reported in FPD REPORT OF DRUG PROPERTY COLLECTION, PURCHASED OR SEIZED, having the Fresno Police Department Case File No. R9-13-0117, and dated January 27, 2017, for identification and quantitative analysis of the controlled substances contained therein by a defense expert, and upon this court's consideration of the arguments and pleadings filed,

IT IS HEREBY STIPULATED in accordance with FED.R.CRIM.P 16(a)(1)(E), that the Government shall allow the defense to independently inspect and analyze a representative sample from each of the above-described drug Items; and

IT IS FURTHER STIPULATED that the Government through Alcohol, Tobacco and Firearms Agent Brandon Stallworth, shall deliver the 230 yellow/blue pills, in a manner consistent with the type and quantity of controlled substance at issue and provide there from, a representative sample in the amount of one "yellow" pill and one "blue" pill from Item Number 01-04, from each of the above-described Items to Bill Posey, DEA License No. RC0112095, of the *Central Valley Toxicology*, located at 1580 Tollhouse Road, Clovis, California 93611, with telephone no. 559-323-9940.

IT IS FURTHER STIPULATED that the Alcohol, Tobacco and Firearm (ATF) Agent Stallworth will pick up the entire purple liquid 1 gallon container, Item #5, from the Fresno Police Department (FPD) and shall arrange the delivery of said purple liquid 1 gallon container on or before March 10, 2018, to Bill Posey, of Central Valley Toxicology. The Central Valley Toxicology shall remove a sufficient liquid sample and return the purple liquid in the 1 gallon container to the ATF Agent who shall then said return the item to FPD Headquarters in Fresno, California.

IT IS FURTHER STIPULATED, that upon delivery of the representative sample for each of the Item(s) identified above to the defense expert, the defense expert shall conduct the identification and to test one yellow pill, to perform an identity test to determine if hydrocodone is present and to perform a purity test of that same yellow pill. To test one blue pill, to perform an identity test and to determine whether oxycodone is present and to perform a purity test of that same blue pill. To perform an identity test of the purple liquid, kind unknown, to determine if dextromethorphan and promethazine are present and to perform a purity test of that same liquid herein. Central Valley Toxicology shall provide the Government with an *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. §1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the

quantity of each Item consumed during testing, and either the weight of each Item returned to the Government, or a statement that all sample was consumed during testing; and

IT IS FURTHER STIPULATED that all remaining material of the sample(s), after testing, is to be returned by Bill Posey to the ATF Agent Branden Stallworth or an ATF Agent for transport to FPD Headquarters in Fresno, California.

IT IS FURTHER STIPULATED, in accordance with FED.R.CRIM.P.16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order: and

IT IS FURTHER STIPULATED, that Bill Posey is to safeguard the representative sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each Item received.

IT IS FURTHER STIPULATED, that any failure by the defense to maintain the proper chain of custody will not render the following exhibits inadmissible for this reason.

Dated: 02/22/2018     Respectfully Submitted,

*/s/ Michael W. Berdinella*
MICHAEL W. BERDINELLA,
Attorney for defendant, Roy Rodriguez

Dated: 02/22/2018     */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **February 22, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE